IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| RENATA DEALEAN DILLARD )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RUBIN LUBLIN SUAREZ SERRANO, ET )<br>AL., BANK OF AMERICA, N.A., ET AL., )<br>THE BANK OF NEW YORK MELLON )<br>FKA THE BANK OF NEW YORK, ET AL., )<br>HSBC MORTGAGE SERVICES, INC., ET )<br>AL., )<br>)<br>Defendants. ) | Case No. 2:12-cv-02182-STA-dkv |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT HSBC MORTGAGES SERVICES, INC.**

Defendant HSBC Mortgage Services, Inc., by and through its undersigned counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, files this Disclosure Statement and states:

HSBC Mortgage Services is a wholly owned subsidiary of HSBC Finance Corporation (f/k/a Household International, Inc.), which is a wholly owned subsidiary of HSBC Holdings plc, a United Kingdom corporation. HSBC Holdings shares are traded in the United States as American Depository Shares on the New York Stock Exchange. Additionally, preferred shares and debt securities of various HSBC, Household International, Inc., Household Finance Corporation and Beneficial Corporation entities are also publicly traded in the United States.

HSBC Mortgage Services reserves the right to supplement this Disclosure.

Respectfully submitted,

DICKINSON WRIGHT PLLC

By: /s/ Stephen K. Heard
    Stephen K. Heard, #7013
    Fifth Third Center, Suite 1401
    424 Church Street
    Nashville, TN 37219
    Phone: (615) 244-6538
    Fax: (615) 256-8386

*Attorney for Defendant HSBC Mortgage Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May, 2012, a true and exact copy of the foregoing was served on the following counsel through the Electronic Filing System:

    Paul Allen England
    Stites & Harbison, PLLC
    401 Commerce Street, Ste. 800
    Nashville, TN 37219

*Attorney for Defendants Bank of America, N.A. and The Bank of New York Mellon*

and via U.S. Mail, postage prepaid, to:

    Renata Delean Dillard
    8821 Overlea Cove
    Cordova, TN 38016

/s/ Stephen K. Heard
Stephen K. Heard

NASHVILLE 27528-255 428799

2